UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                          CASE: A18-59251-SMS

JOAN E SMITH                                                 CHAPTER 13

**Debtor**

### Motion to Dismiss Pursuant to 11 U.S.C. §§ 109(h) and 109(g)

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Pursuant to 11 U.S.C. §§ 109(h) and 109(g), respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on June 04, 2018.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code. 11 U.S.C. § 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, an individual must file a certification with the Court that:

   i.   describes the exigent circumstances that merit a waiver;

   ii.  states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

   iii. is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. § 109(h) have not been met, the Debtor is not eligible for relief under Title 11 of the United States Code.

7.

Additionally, the Debtor has filed three (3) recent Chapter 13 cases, each of which was dismissed by the Court. Said cases are as follows: first case, 15-58541-BEM, was filed on May 5, 2015 and dismissed on May 20, 2015; second case, 17-52205-BEM, was filed on February 6, 2017 and dismissed on February 23, 2017; and third case, 17-57777-BEM, was filed on May 1, 2017 and dismissed on May 17, 2017.

8.

The Debtor's conduct in this and the previous cases demonstrates that the Debtor has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. § 109(g).

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case pursuant to 11 U.S.C. §§ 105(a), 109(g), and 109(h), thereby rendering the Debtor ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days; or in the alternative, convert this case to one under Chapter 7.

Dated: June 12, 2018						Respectfully submitted,

							_/s/_____
							Albert C. Guthrie, Attorney
							for the Chapter 13 Trustee
							GA Bar No. 142399
							191 Peachtree Street, Suite 2200
							Atlanta, GA  30303
							(404) 525-1110
							albertg@atlch13tt.com

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                                                    CASE: A18-59251-SMS

JOAN E SMITH                                                                  CHAPTER 13


**Debtor**


**Notice of Hearing on Motion to Dismiss Pursuant to 11 U.S.C. §§ 109(h) and 109(g)**

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Pursuant to 11 U.S.C. §§ 109(h) and 109(g) and related exhibits with the Court seeking an order of dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **July 17, 2018** at **10:00 am** in **Courtroom 1201, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 12, 2018                                            Respectfully submitted,


\_/s/_____
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee

4

A18-59251-SMS

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleadin depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

JOAN E SMITH
1752 NORTH OAK DRIVE
LAWRENCEVILLE, GA 30044

Dated: June 15, 2018                                                          Respectfully submitted,

                                                                                           /s/_____
                                                                    Albert C. Guthrie, Attorney
                                                                    for the Chapter 13 Trustee
                                                                    GA Bar No. 142399
                                                                    191 Peachtree Street, Suite 2200
                                                                    Atlanta, GA  30303
                                                                    (404) 525-1110
                                                                    albertg@atlch13tt.com